1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

\* \* \*

7    JEREMY DE FRENCHI,

Case No. 2:25-cv-02165-RFB-EJY

8            Plaintiff,

**ORDER ADOPTING REPORT AND RECOMMENDATION**

9        v.

10

11    QUINTIN M. DOLLENTE, JR.,

12            Defendant.

13        Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the

14    Elayna J. Youchah, United States Magistrate Judge, entered on November 5, 2025. A district court

15    "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the

16    magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and

17    recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When

18    written objections have been filed, the district court is required to "make a *de novo* determination

19    of those portions of the report or specified proposed findings or recommendations to which

20    objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to

21    object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of

22    the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

23    Pursuant to Local Rule IB 3-2(a), objections were due by November 19, 2025. No objections have

24    been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's

25    recommendation.

26        **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is

27    **ACCEPTED** and **ADOPTED** in full.

28        **IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *in forma pauperis*

1    and Complaint (ECF Nos. 1, 1-1) are **DISMISSED without prejudice**, and without leave to

2    amend.

3        The Clerk of Court is instructed to enter judgment accordingly and close this case.

4

5        **DATED:** December 30, 2025.

6

7                                                                **RICHARD F. BOULWARE, II**

8                                                                **UNITED STATES DISTRICT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28